JAMES SMITH *v.* MARION BURBRIDGE'S COMMITTEE.

[Abstract Kentucky Law Reporter, Vol. 2—65.]

**Amendment of Sheriff's Return on Execution.**

A sheriff cannot legally amend his return on an execution made more than three years after the original endorsement, to enable the sheriff to collect his half commission by reason of his having levied the execution before the judgment on which it was issued was suspended.

APPEAL FROM SCOTT CIRCUIT COURT.

December 16, 1880.

OPINION BY JUDGE PRYOR:

This was a motion by the sheriff of Scott county to amend his return on an execution made more than three years after the original endorsement, with no other view than to enable the sheriff to collect his half commission by reason of his having levied the execution before the judgment on which it was issued was suspended. The original return reads: "Stayed by the execution of a supersedeas." More than three years after this the officer proposes to amend by stating that he levied the execution on the land of the debtor. This comes too late, and while the sheriff in this particular case no doubt acted in good faith it is a precedent that, if established, would result in injury to litigants and invite such officers to amend returns for the purpose of advancing their own interests; and while the facts of this particular case furnishes no proof of bad faith on the part of the officer, the lapse of time must be held as conclusive against him, and the circumstances relied on for not making the return in the first place as furnishing no excuse for the delay.

Judgment affirmed.

*James E. Cantrill, for appellant. W. S. Darnaby, for appellee.*